**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   07-cv-00510-LTB-CBS

MARIA ORTEGA,
ROSE MARIE ROMERO,

      Plaintiffs,

v.

CENTERPLATE, INC., a Delaware corporation,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 15 - filed July 30, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                          BY THE COURT:

                           s/Lewis T. Babcock
                           Lewis T. Babcock, Judge

DATED:   July 31, 2007